# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2017

SEAN F. McAVOY, CLERK

William Winston Bassett,

_____
*Plaintiff*

v.

Donald Holbrook,

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.   2:17-cv-00150-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Order Adopting Report and Recommendation and Dismissing First Amended Petition (ECF No. 18) entered.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge       STANLEY A. BASTIAN _____

Date:  12/21/2017 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Tonia Ramirez
_____
*(By) Deputy Clerk*

Tonia Ramirez
_____